**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-1682

BRENDA BRYANT,

                Plaintiff - Appellant,

        v.

CITY OF CAYCE; M.L. BRAKEFIELD, South Carolina Cayce Police
Officer, individually and as agent and employee of the City
of Cayce; W.E. ACKERMAN, South Carolina Cayce Police
Officer, individually and as agent and employee of the City
of Cayce; OFFICER POPENHAGEN, South Carolina Cayce Police
Officer, individually and as agent and employee of the City
of Cayce; MASTERS ECONOMY INN, INCORPORATED; ROGER
ARMSTRONG, Manager, individually and as the agent and
employee of Masters Economy Inn, Incorporated,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Matthew J. Perry, Jr., Senior
District Judge.  (3:06-cv-00333-MJP)

Submitted:  March 16, 2011        Decided:  April 7, 2011

Before TRAXLER, Chief Judge, and MOTZ and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brenda Bryant, Appellant Pro Se.  William Henry Davidson, II,
Andrew Lindemann, DAVIDSON & LINDEMANN, PA, Columbia, South
Carolina; Sterling Graydon Davies, Clary Edward Rawl, Jr.,

MCANGUS, GOUDELOCK & COURIE, LLP, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda Bryant appeals the district court's orders denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and conclude there was no reversible error in any of the district court's dispositive rulings. Accordingly, we affirm for the reasons stated by the district court. See Bryant v. City of Cayce, No. 3:06-cv-00333-MJP (D.S.C. Oct. 24, 2007 & May 19, 2010). We further deny as moot Bryant's motion to hold this appeal in abeyance pending the district court's resolution of her Fed. R. Civ. P. 60(b) motion for reconsideration. Finally, we deny Bryant's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED